**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MAYERLING JAMILETH SANCHEZ-ARAUZ,

      Petitioner,

v.

MARISA FLORES, in her official capacity as Director of Enforcement and Removal Operations, El Paso Field Office, U.S. Immigration & Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity as U.S. Attorney General; DORA CASTRO, in her official capacity as Warden, Otero County Processing Center,

      Respondents.

Case No. 2:26-cv-00575-MIS-DLM

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Petitioner Mayerling Jamileth Sanchez-Arauz's Petition for Writ of Habeas Corpus ("Petition"), ECF No. 4, filed February 26, 2026, and Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"), ECF No. 2, filed February 26, 2026.

The record reflects that the Clerk's Office served Respondents with the Petition on February 25, 2026, pursuant to this District's Standing Order Regarding Service of Process in Immigration Habeas Petitions filed Pursuant to 28 U.S.C. § 2241; Case 1:26-mc-00004, ECF No. 3 (D.N.M. Jan. 28, 2026).  ECF No. 5.

**IT IS HEREBY ORDERED** that within **ten (10) business days**, the United States Attorney's Office for the District of New Mexico shall respond to the Petition and **SHOW CAUSE** why the requested relief should not be granted.  In their response, Respondents are reminded that

this Court has already decided similar issues to those presented by the Petition and granted the relief Petitioner requests here. Any response filed by Respondents must therefore demonstrate that the facts of this case warrant a departure from the Court's prior rulings. **If the federal Respondents fail to timely comply with this Order, the Court may grant the relief requested in the Petition without further notice.**

If Petitioner wishes to file a reply brief, he may do so within **ten (10) days** after Respondents' response is filed.

It is **FURTHER ORDERED** that Respondents shall expedite their response to Petitioner's Emergency Motion for Temporary Restraining Order, ECF No. 2. Respondents shall file a response to the Motion within five (5) business day and **SHOW CAUSE** why the Motion should not be granted.

It is **FURTHER ORDERED** that to preserve the status quo in the interim, Respondents are **ENJOINED** from transferring Petitioner to any facility outside the District of New Mexico and/or from removing her from the United States during the pendency of this habeas action, absent any final removal order.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE